# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

KC FILED
MAR 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 03 2008

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | TERRY JEROME BROWN | **Defendant(s):** | MS. FRAZIER, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Terry Jerome Brown
#2005-0069920
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

08CV1267
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** M. Burke    **Date:** 3/3/08