Mr. Terry Jerome Brown #2005-0069920
P.O. Box 089002
Chicago Illinois 60608.

Magistrate Judge Schenkier,
    Magistrate Judge
219 So. Dearborn Street
Chicago Illinois 60604.

FILED
Mar 24 2008
CLERK, U.S. DISTRICT COURT

March 07, 2008.

Re: Brown vs. Frazier et, al.
    No. 08 CV 1267
    "Request for Counsel"

Magistrate Judge Schenkier,

I am writing unto you, in the above entitled cause no. requesting for an appointed counsel to assist, the plaintiff in this case. In accordance with an Counsel's Trial Bar Obligations under the District Court's Local Rules 83.11(g) and 83.37) the Plaintiff, states because of the serious nature of the aforementioned allegations he needs an attorney that justice can be served.

Respectfully Submitted
Terry J. B.