UNITED STATES DISTRICT COURT FOR THE
NORTH DISTRICT OF ILLINOIS

FILED CH
aew
MAR 24 2008
CLERK, U.S. DISTRICT COURT

MR. TERRY JEROME BROWN                    Plaintiff

VS.                                       No. 08 CV 1267

OFFICE FRAZIER ET.AL.                     Defendant's


## MOTION TO AMEND

COME NOW THE PLAINTIFF MR. TERRY JEROME BROWN, PRO.SE
BEING ON FOR HEARING, BEFORE THIS NOVABLE JUDGE HIS
AMENDED COMPLAINT IN THE ABOVE CAUSE NUMBER
THE PLAINTIFF STATES THE FOLLOWING TO WIT:

1) THE PLAINTIFF MR. TERRY JEROME BROWN PRO.SE. ON OR ABOUT
FEBRUARY 15, 2008. MAILED TO THE ABOVE MENTION COURT, HIS
COMPLAINT FORM (1983 CIVIL ACTION).

2) ON OR ABOUT MARCH 3, 2008. THE ABOVE NAMED COURT
MARKED RECEIVED AND ASSIGNING MAGISTRATE JUDGE SCHENKER
TO THE ABOVE ENTITLED CASE AND NUMBER.

3) THE PLAINTIFF IN HIS 1983 CIVIL ACTION COMPLAINT FORM
MENTIONED PICTURES TAKEN OF THE PLAINTIFF OF SAID INJURIES
BUT NO PICTURES WAS ATTACHED TO SAID COMPLAINT (1983 FORM)

4) THE PLAINTIFF REQUEST TO SUBMITT AS AN AMENDMENT SEVEN
(7) PICTURES MARKED (EXHIBIT'S A-THROUGH)

(1)

Exhibit - A

Exhibit - B

EXHIBIT-C

EXHIBIT-D

EXHIBIT - E

EXHIBIT-F



EXHIBIT-G







# CERTIFICATE OF SERVICE

MAGISTRATE JUDGE SCHENKIER.
219 South DEARBORN
CHICAGO ILLINOIS 60604

PRISONER CORRESPONDENCE
CLERK OFFICE
U.S. DISTRICT COURT
219 So. DEARBORN STREET
CHICAGO ILLINOIS 60604.

MARCH 18, 2008.

MR.

MR. TERRY JEROME BROWN 2005-0069920
P.O. BOX 089002.
CHICAGO ILLINOIS 60604.