**FILED**

**MARCH 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

MAR  3 2008  MB
*Mar 3, 2008*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Mr. Terry Jerome Brown

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Ms. Frazier    Et. Al.

Mr. Trachtman

Mr. Keith

Mr. Cayler

Mr. Gonzolez

Mr. Luna

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**08CV1267**
**JUDGE HIBBLER**
**MAGISTRATE JUDGE SCHENKIER**

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

★    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: __MR. TERRY JEROME BROWN__

B.    List all aliases: _____

C.    Prisoner identification number: __20050069920__

D.    Place of present confinement: __Cook County Jail__

E.    Address: __P.O. Box 089002, Chicago, Illinois 60608__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: __Ms. Frazier # 7773__

Title: __~~Cook County Sheriff Officer~~ Cook County Jail Officer__

Place of Employment: __2700 S. California Ave, Chicago, Illinois 60608__

B.    Defendant: __Mr. Trachman # 6410__

Title: __Cook County Jail Officer__

Place of Employment: __2700 S. California Ave, Chicago, Illinois 60608__

C.    Defendant: __Mr. Keith__

Title: __Cook County Jail Officer__

Place of Employment: __2700 S. California Ave, Chicago, Illinois 60608__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Pg.    2    of    7

D.) Defendant MR. CAYLER

   Title: Cook County Jail Officer

   Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

E.) Defendant: Mr. Gonzolez #8823 (R. Gonzolez)

    Title: Cook County Jail Officer

  Place of Employment. 2700 S. California Ave., Chicago, Illinois 60608

F.) Defendant. Mr. Luna #169 (Charles Luna)

    Title: Cook County Jail Lieutenant

  Place of Employment. 2700 S. California Ave, Chicago, Illinois 60608

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _Terry Brown V. City of Chicago_
_06-C-1345_

B.  Approximate date of filing lawsuit: _January 24, 2006_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Terry Brown_

D.  List all defendants: _Donald Noard Donald Noard,_

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _(Northern District of Illinois, Eastern Division)_

F.  Name of judge to whom case was assigned: _Judge Castillo_
_Magistrate Schenker_

G.  Basic claim made: _Unnecessary Use of Force_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_Settled out of court_

I.  Approximate date of disposition: _November 15, 2006_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4   of 7

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*Count (1)*

On October 10, 2007, defendants FRAZIER, TRACTMAN, Keith, Cayler and Gonzolez, did, on this day, while acting under color of state law in their individual capacity (and official capacity) as employees of Cook County Department of Corrections, did, on this day, used unreasonable force against the plaintiff Mr. Terry Jerome Brown causing injuries to the face and testicles Resulting in medical treatment and photograph of injuries in violation of Plaintiff Fourth Amendment Right to Be secured in his person from unreasonable use of force as a pre-trial detainee, in violation of the United States Constitution.

Pg. 5 of 7

## Count (2)

On October 10, 2007, Defendant MR. Luna, did, on this day, while Acting under color of state law in his individual/official capacity As An employee of Cook County Department of Corrections, did, on this day, Refused to stop defendants Frazier, Tractman, Keith, Cayler and Gonzolez From Beating up Plaintiff Terry Jerome Brown in the clothing Room Resulting in injuries to Plaintiff testicles and more unnecessary and unreasonable Use of force in violation of Plaintiff Fourth Amendment Right to Be secured in his Person From unreasonable Use of force As guaranteed under the United States Constitution As A Pre-trial detainee.

Pg.   6   of 7

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) THE PLaintiFF, REQUEST AND PRAYS THAt. this Honoble Court AWARD UNto him $1,000,000 oo Punitive Damages

2) THE Plaintiff ReQuests find prays for $1,000,000 Compensadory Damages

3) THE Plaintiff REQuest find pray That All Court Costs, Filing FEES AND ATtorney's Fee's Be Paid by the Defendants's

4) THE Plaintiff, Pray that Each Named DEFENdant bE FiRED. AS A Correctional officer

**VI.**    The plaintiff demands that the case be tried by a jury.  ■ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  20  day of  FEB. , 20 08

_____
(Signature of plaintiff or plaintiffs)

_____Mr. JERRY JEROME BROWN_____
(Print name)

_____20050069920_____
(I.D. Number)
           Cook County JAil
           P.O. box 089002
           Chicago, Illinois
(Address)

pg. 7 of 7

Revised 9/2007

Part-A / Control #: *2007X 2297*
Referred To: *Cermak*
☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown     First Name: Terry

ID #: 2005-0067720   Div.: 10   Living Unit: 2-C   Date: 11/09/07

BRIEF SUMMARY OF THE COMPLAINT: On October 10, 2007, At Approxiamately
0100 hrs. I was Escorted to Cermak Hosp. Thereafter
Being Assaulted by uniform correctional officers. Co-I Keith,
Co-I Cayler, Co-I Frazier #773 Co-I Thelnem #6410 and Co-I Gomez
2 leg # 8823 location Div.8, R.Tu. B-4 Shower Area, Hall Area
And clothing Room During My Examination From Cermak Medical
Nursing, I informed them of My injuries (Review medical Files
October 10, 2007. Cermak.) I complained of being Knicked in the
Ribs (both sides) Knicked in the Face And Knicked in the
Testaceels (nuts) All the Above was noted. but the was
No X-Rays or testing Done. I was cleared to go to 2-North
As Requested by Sercurity. Thereafter I was sent to lab

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Located Cermak. For My yearly check up. There was URIN

ACTION THAT YOU ARE REQUESTING:
Taken This was Around october 24, 2007.

**DETAINEE SIGNATURE:** _(signature)_

C.R.W.'S SIGNATURE: V. Butler     DATE C.R.W. RECEIVED: 11/14/07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007 X 2297_

Referred To: _Cermak_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Brown__     First Name: __Terry__

ID #: _2005-0699200_ Div.: _10_ Living Unit: _2-C_ Date: _11/09/07_

BRIEF SUMMARY OF THE COMPLAINT: On October 31, 2007. I was call-
Ed back to Cermak (Lab) For More Blood testing. The
Doctor At Div.8. R.Till. Ordered them On November 08, 2007. I
was having problems with my urin (pissing Blood) The Nurse
At Div.10. Tool A test And it was said that I had Blood
In my urin And Protein as well. Dr. DimBlab Examined me
And sent me to Cermak For other test's. I was Ask by
The Medical Doctor And Nurse had I had Any injury to
My Lower Back or Anywhere in that Area. I Explained that
Officer Frazier #7773 knicked me in my Testacals (nuts)
And the Doctor stated that that is what caused my in-
juries The Medical staff ~~Refused~~ Refused to take X-Rays And tests

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Because I was Assaulted by severaity, which Could have caused
me my Life.

ACTION THAT YOU ARE REQUESTING:
That the Medical staff From October 10, 2007. by Dis-
missed That this Don't
Happen again.

**DETAINEE SIGNATURE:** _Terry J_

C.R.W.'S SIGNATURE: _V. Butler_     DATE C.R.W. RECEIVED: _11/14/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhib. A

Part-A / Control #: _____ X _____

Referred To: SUPT. DIV 8

☒ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: Brown          First Name: TERRY

ID #: 2005-0069120  Div.: 8  Living Unit: ~~2~~  Date: ~~10-19-07~~

BRIEF SUMMARY OF THE COMPLAINT: I am Requesting to know The Times
That Detainee's IN R.T.u. Div.8, Are Allowed to take A Shower
During Court Call And Therer After The 7:00AM/3:00PM
Institutional Count's There Are Rules And Signs uP
But Correctional Officers Are Ignoring Them. How Can
The Detainee's Follow Rules When The Officers Are Not

Detainee's IN R.T.u Div 8
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

That the Rules be followed by The Officers And
ACTION THAT YOU ARE REQUESTING:
These Rules Shower times, Court calls, 7AM/3PM count time

DETAINEE SIGNATURE: Terry B

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 10/19/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
  - *When processed as a request, an appeal of the response and/or action taken cannot be made.*
    - *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Brown_    First Name: _Terry_

ID#: _2005- 0069920_ Div: _8_  Tier/LivingUnit: _A2_

Date of Request: _10/18/07_    Date C.R.W. Received Request: _10/19/07_

This request has been processed by: _C. Esquivel_ _____ C.R.W.

**Summary of Request:**

_Detainee requests he be notified of the_
_time he is allowed to take a shower in DIV 8 -_
_RTU._

**Response and/or Action Taken:**

_Talk there to hout upon making_
_units or p LP. If PTS Sign_
_Me table from Tirats ~~x~~ THE TIME_
_FR SHOWERS_

_W. Misdemas_ _____ _/Signature/_ ____ Date: _10/20/07_  Div./Dept. _3/8_
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

Part-A / Control #: _____X_____

Referred To: _____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Brown,__    First Name: __Terry__

ID #: __2005-0069720__    Div.: __8__    Living Unit: __A-2__    Date: __10/16/07__

BRIEF SUMMARY OF THE COMPLAINT: __On October 10,2007 location Div. 8__
__R.T.U. B-4 At Approxiamately 6:00 Am I (Brown #2005-0069720)__
__wes Snt to 2-South without My Personal Property. C.O.__
__Frazier #7773 At All Times was Responsible For My Per-__
__Sonal Property. Bowlk the Officer in Charge Of B-4__
__MY Commissary was Missing And I want them Back.__
__1) 3-packs of Tuna, 2) 2-10 Packs Of Maxwell House Coffee, 3)__
__5-Bags of Chips 4) 1-Summer Sausage (Hot) 5) 1-Box Of Nutty Bars__
__(6) 2 Mayounnise, 7) 2 Bottle of ketchup 8) 1-Bottle of Hot sauce__
__9) 2 Honey Buns 10.) 3 Sliced Jalapeno Peppers, 11) 2 Jalapeno-__
__Cheese Spread 12) 1-Tortillas (Pack) I Go to Commissary Once A week__
__So it Shouldn't be Hard to Prove that I had this thinges.__

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
__Commissary Records.__

ACTION THAT YOU ARE REQUESTING:
__That I Receive My Commissary Back within 30 days of the Above__
__Date. 10/16/07.__

DETAINEE SIGNATURE: __Terry B__

C.R.W.'S SIGNATURE: __Vim Cuwllane__    DATE C.R.W. RECEIVED: __10/17/07__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PAGE 13 OF 3

Part-A / Control #: _____ X _____

Referred To: SUPT. DIV 8

[X] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: Terry

ID #: 2005-0069920   Div.: 8   Living Unit: B-2   Date: 10/16/07

BRIEF SUMMARY OF THE COMPLAINT: This Complaint Pertain's The Abuse of ~~Author~~ Authority ~~~~ By Col FRAZIER 7773, In Her Official CAPACity As A Uniform Correctional Officer. On October 10, 2007. At Approximately 4:00 AM In the Morning. I was Informed by Co-1 FRAZIER # 7773, That I (Brown # 2005-0069920) was on Court Call. I then Requested That the Shower be turned on. The Shower was Turned on, Bed #21 Got In the Shower First. Then I Got In the Shower There After (The Showers don't Stay on For No Longer Then 15 Minutes) I was using the First Detainee Shower use The Shower went off, And ~~So~~ I Requested For the Shower To be turned back on Co-1 FRAZIER # 7773 Came To The Shower Entearnce of B-4 And Stated that was ~~Not~~ Not Turning

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: On the Shower For the second time. I then informed

ACTION THAT YOU ARE REQUESTING: Co-1 FRAZIER # 7773 That I still had Soap on me and I

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 10/17/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: _SUPT. DIV 8_

☒ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

---

Detainee Last Name: **Brown,**          First Name: **Terry**

ID #: **2005-0069920**   Div.: **8**   Living Unit: **A-2**   Date: **10/16/07**

BRIEF SUMMARY OF THE COMPLAINT: **Needed to Get Ready For Count Call.**
**There After Co-1 Frazier #7773 Called Co-1 Keith and Co-1**
**Coyler to Get me out the Shower Co-1 Keith and Coyler**
**Acknowledged the Soap on Me And Was About to turn.**
**The Shower back on. But Co-1 Frazier #7773 Insistautted**
**That I come out the Shower with the Soap on Me. Stating**
**(Co-1 Frazier #7773) That I Could Go to the Sink if I want**
**Ed to Get the Soap off Me. This was Abuse of Authority.**
**When Sho (Frazier #7773) Ignored R.T.U. Rule That Showers**
**Are to be used For Court Call From 4:00 am til 10:00 am**
**Thereafter I was Assaulted by Co-1 Frazier #7773 Co-1 Keith**
**Co-1 Coyler And Other Correctional Officers Tract man #6411/Crawford**
**SGT**

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
**There Are Many Complaints (Grievances) That Are being Placed**

ACTION THAT YOU ARE REQUESTING:
**Against Co-1 Frazier #7773 I wasn't on B4 But 2-days**

## DETAINEE SIGNATURE: _[signature]_

C.R.W.'S SIGNATURE: _[signature]_          DATE C.R.W. RECEIVED: _10/17/07_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____ X _____

Referred To: SUPT. DIV 8

☒ Processed as a request.

---

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

---

Detainee Last Name: Brown        First Name: Terry

ID #: 2005-0069920   Div.: 8   Living Unit: A-2   Date: 10/16/07

BRIEF SUMMARY OF THE COMPLAINT: And My First 1-day Co-1 Frazier #7773
was not on B-4 I don't Get up to eat in the morning
and the only reason that I was up, was for Court
I was written up and Charged with a Criminal Case
All because Co-1 Frazier #7773 Abused her Authority
By refusing to Allowing Me to Get the Soap off me

I Am Requesting that Co-1 Frazier #7773 Be Dis-
Missed From her Official Capacity as A Uniform Correction
Official as well as the other Named Staff in this
Grievance (Complaint)

Detainees in B4 / C-2

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: _[signature]_

C.R.W.'S SIGNATURE: _[signature]_        DATE C.R.W. RECEIVED: 10/17/07

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **Brown**          First Name: **Terry**

ID#: **2005-0069920**   Div: **8**   Tier/LivingUnit: **A2**

Date of Request: **10/16/07**          Date C.R.W. Received Request: **10/17/07**

This request has been processed by: **C. Esquivel**          C.R.W.

**Summary of Request:**

Detainee requests professional treatment by correctional staff.

**Response and/or Action Taken:**

~~Response~~ R/U REQUIRES ALL STAFF TO BE PROFESSIONAL AT ALL TIMES. IN ADDITION DETAINEE WAS CREATING SEVERAL ARGUMENTS WITH STAFF RESULTING IN DISCIPLINARY ACTION.

_L. Guns-A-168_          _[signature] #168_   Date: **10/28/07**  Div./Dept. **3/8**
(Print- name of individual responding)      (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )     ( YELLOW COPY – C.R.W. WEEKLY PACK )     ( PINK COPY - DETAINEE )

Part-A / Control #: 7007 X 7110

Referred To: I A D

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown,          First Name: Terry

ID #: 2005 - 0069920   Div.: 8   Living Unit: A-2   Date: 10 /14 /07.

BRIEF SUMMARY OF THE COMPLAINT: ON October 10,2007. At Approxiamate-
ly 800 Am location B-4 Shower AREA COT FRAZIER #7773 TURN-
ED ON B-4 Showers For Count Call (The Shower stay on For
Appox 10 Minutes, After being turned on) Bed #31 God into the
Shower First (There After As The Shower was still Running) I
Brown #2005-0069920, God in the Shower, I Still had Soap on Me
when the Shower turned off, There After I called For the Shower
to be turned Back on Then COT FRAZIER #7773 Came to the Shower
Entrance And told me that She wasn't turning on the Shower
Again then She called C-O Keith and Another Correctional Officer
(Name unknown But I can Point him out in a line up) COT Keith
And this officer (unknown) asked me what was the Problem

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Then I informed them that I Still had Soap on Me And

ACTION THAT YOU ARE REQUESTING:
would like to Get it off. Then seen the Soap, And was about

DETAINEE SIGNATURE: Terry J Brown

C.R.W.'S SIGNATURE: Virg Cullline          DATE C.R.W. RECEIVED: 10 /15 /07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)     (YELLOW COPY – C.R.W.)     (PINK COPY – DETAINEE)     (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: 7__7 X 7110

Referred To: F. A. D

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown First Name: Terry

ID #: 2005-0069920 Div.: 8 Living Unit: A-2 Date: 10/14/07

BRIEF SUMMARY OF THE COMPLAINT: To turn on the Shower. But Co-1 Frazier #7773 insisted that the Shower be turned on, and stated that I (Brown) can get the soap off me in the sink. There after I noticed Co-1 Teartino #6410 standing on my left side. There after Officer Teartino #6410 hit me with a close fist. And Officer Keith (the unknown) attempted to I began to fight me. But the time me in the ribs Right/left. And in the face when reviewing medical files whatever present me. Then I was hand cuffed and taken down to the clothing Room while Officer Keith hit me in the face (left side) with a open fist. Then Officer Keith told Officer #6410 to take the hand cuffs off me he did So then Co-1 6410 hit me with a closed fist with hand cuffs. And Keith Co-1 Frazier #7773, Co-1 Granzinger

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
8823 And the unknown named Co-1. They all began to assault

ACTION THAT YOU ARE REQUESTING:
the Co-1 Frazier #7773 after I was cuffed again and on

DETAINEE SIGNATURE [signature]

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 10/15/0

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _2007 X 2110_

Referred To: _I. M. D._

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Brown,_        First Name: _Terry_

ID #: _2005-0069920_    Div.: _8_    Living Unit: _A-2_    Date: _10/14/07_

BRIEF SUMMARY OF THE COMPLAINT: _The floor of the clothing room knocked_
_me in my testicals (nuts) and my ribs. Right side. then I was_
_taken to see a nurse in R.T.U. After they put my pants on. I_
_was treated and sent to talk to mental health service, and was told_
_that R.T.U. officers requested that I go to 2 north I talked to my back_
_and he stated that security staff didn't want to go to_
_court which is a lie. I called my attorney and her investigator_
_come and take pictures of my injuries from all the above_
_mentioned officers I was forced to miss court with lies, and ask-_
_ed my attorney to try to get me in court, because the doctor cleared_
_me to go. and put me in 2-north. Review court documents for 10/10/07._
_Detainee's in B-4, Detainee's in C-2 and Lt. Lewis #168._

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_That criminal charges be filed and the that each correctional_

ACTION THAT YOU ARE REQUESTING:

_staff be suspended without pay pending the out come of criminal_
_charges._

DETAINEE SIGNATURE: _Terry Brown_

C.R.W.'S SIGNATURE: _Vincent Cullins_        DATE C.R.W. RECEIVED: _10/15/07_

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: _200 7_X_2 /10_

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _BROWN_   First Name: _Terry_   ID#: _2005_- _0069920_

Is This Grievance An **Emergency?**   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: _Detainee alleges he was Assaulted by Security STAFF._

C.R.W. Referred Griev. To: _I.A.D._   Date Referred: _10 / 15 / 07_

Response Statement: _IAD inquiry show detainee was contacted, and refuse verbal order from staff. Incident Report on file. No IAD case file warranted._

| | | | |
|---|---|---|---|
| _D/c Miriam Kaytes_  -  _s/c ✓_ | Date: _11/1/07_ | Div./Dept. _IAD_ | |
| (print - name of individual responding to this griev.) | (signature of individual responding to this griev.) | | |
| _CAPT. K Harris_ | Date: _11, 6/07_ | Div./Dept. _3/8._ | |
| (print - name of Supt./ Designee / Dept. Admin.) | (signature of Supt./ Designee / Dept. Admin.) | | |
| | Date: _11/8/07_ | | |
| (print - name of Prog. Serv. Admin./ Asst. Admin.) | (signature of Prog. Serv. Admin./ Asst. Admin.) | | |

Date Detainee Received Response: _10/09/07_   Detainee Signature: _Terry Brown_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _10/09/07_

Detainee's Basis For An Appeal: _I am APPEALing this because I WAS ASSUALTED, THE REPORT States one thing And I States Another This IS FOR A Committee to Decide. I am still REQUESTING A ~~boards~~ INVESTIGATION_

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_IAD Response to stand_

Appeal Board's Signatures / Dates:
_12/4/07_   _12.4.7_

Date Detainee Rec.'d the Appl. Bd.'s Response: _12/1/07_   Detainee Signature: _Terry B_

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

9 copies

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT AND FINDINGS OF FACT

Please Print Information

04POPA01DS

| SECTION I    DISCIPLINE REPORT | Division: | Date of Infraction: / / |
|---|---|---|
| Detainee's Name: | ID# | Date of Birth: / / |
| Detainee's Living Unit: | Place of Incident: | Time: : HRS |

| ☑ Category I | ☑ Category II | ☑ Category III | ☐ Category IV | ☐ Category V | ☑ Category VI |
|---|---|---|---|---|---|

Description of Charge(s) & Code(s):

| Detainee Injuries: ☐ Yes ☐ No | Medical Attention: ☐ Yes ☑ No | Name(s): |
|---|---|---|
| Staff Injuries: ☑ Yes ☑ No | Medical Attention: ☑ Yes ☑ No | Name(s): |
| Victim Report: ☐ Yes ☐ No | Reported to Internal Investigations: ☑ Yes ☐ No | |

Material Confiscated /Evidence Bag # (attach photocopy of evidence):

Description of Incident:

_[handwritten text, illegible]_

| Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered: 10/10/07 10 :25 HRS |
|---|---|
| Detainee's Signature: | |

| Reporting Employee / Signature & Star #: | CCDOC Personnel Who Witnessed Infraction: |
|---|---|
| Reviewing Supervisor / Signature & Star #: | Name and Star (printed): |
| Superintendent or designee's Signature: | Name and Star (printed): |

| SECTION II    DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: / / |
|---|---|
| Detainee Requested Witnesses ☐ Yes ☐ No | Waive 24 Hr. Notice ☐ Yes ☐ No | Representative/Interpreter ☐ Yes ☐ No |
| Detainee Witness: | Living Unit: | Detainee Witness: | Living Unit: |

Detainee's Plea to Charge   ☐ Guilty As Charged   ☐ Not Guilty    Detainee Status While Awaiting Hearing:

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

DETAINEE SIGNATURE:

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:   ("X" APPLICABLE BOX)

| ☐ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED |
|---|---|---|---|---|

Disciplinary Hearing Board's Finding is Based On The Following Information:
☐ DETAINEE REPLY/DISCIPLINARY REPORT    ☐ OTHER _____

Disciplinary Hearing Board Recommends The Following Action:

| Start Date of Action / / | End Date / / |
|---|---|

| Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/ Date | Disciplinary Hearing Board Member Signature/Title/Date |
|---|---|---|

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy    Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing    Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT AND FINDINGS OF FACT**

Please Print Information                  04POPA01DS

| SECTION I   DISCIPLINE REPORT | Division: | Date of Infraction: |
|---|---|---|

**SECTION I   DISCIPLINE REPORT**

Detainee's Name: _____ ID# _____ Date of Birth: _____

Detainee's Living Unit: _____ Place of Incident: _____ Time: _____ HRS

☐ Category I ☐ Category II ☐ Category III ☐ Category IV ☐ Category V ☑ Category VI

Description of Charge(s) & Code(s):

Detainee Injuries: ☐ Yes ☐ No  Medical Attention: ☐ Yes ☐ No  Name(s):
Staff Injuries: ☑ Yes ☐ No  Medical Attention: ☐ Yes ☐ No  Name(s):
Victim Report: ☑ Yes ☐ No  Reported to Internal Investigations: ☐ Yes ☐ No
Material Confiscated /Evidence Bag # (attach photocopy of evidence):

Description of Incident:

Disciplinary Report Delivered to Detainee By (Name and Star #):  Date and Time Delivered: 10/10/07  10:25 HRS
Detainee's Signature:

Reporting Employee / Signature & Star #:  CCDOC Personnel Who Witnessed Infraction:
Reviewing Supervisor / Signature & Star #:  Name and Star (printed):
Superintendent or designer's Signature:  Name and Star (printed):

**SECTION II   DISPOSITION BY DISCIPLINARY HEARING BOARD**  Date of Hearing: / /
Detainee Requested Witnesses ☐ Yes ☐ No  Waive 24 Hr. Notice ☐ Yes ☐ No  Representative/Interpreter ☐ Yes ☐ No
Detainee Witness: _____ Living Unit: _____ Detainee Witness: _____ Living Unit: _____
Detainee's Plea to Charge ☐ Guilty As Charged ☐ Not Guilty  Detainee Status While Awaiting Hearing:
Detainee's Statement Regarding Infraction: (Use Continuation Sheet if Necessary)

DETAINEE SIGNATURE:

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

**IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:** ("X" APPLICABLE BOX)
☐ GUILTY AS CHARGED ☐ NOT GUILTY ☐ INVALID REPORT ☐ 72 HOURS EXPIRED ☐ 7 DAY EXPIRED
Disciplinary Hearing Board's Finding is Based On The Following Information:
☐ DETAINEE REPLY/DISCIPLINARY REPORT ☐ OTHER _____
Disciplinary Hearing Board Recommends The Following Action:

Start Date of Action / /  End Date / /
Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy    Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing    Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

9 copies

## CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE

THE CLEARK

219 south DEARBORN

CHICAGO ILLINOIS 60604.

RESPECTFULLY SUBMITTED

MR.TERRY JEROME BROWN#2005-0069920

PO.BOX.089002.

CHICAGO ILLINOIS 60608.

State of Illinois }
County of Cook }

## Affidavit

I, Mr. Terry Brown_____, depose and state under oath pursuant to the Penalties as Prescribed under chapter 735 ILCS 5/1-109 that the following facts and circumstances are true and correct, and made upon personal knowledge and belief. And if called as a witness I would state the following below:

1.) On October 10, 2007, at approximately 4:00 a.m., Officer Ms. Frazier # 7773 over in Division 8 R.T.U. B-4 informed me that I had to go to court. So I got up and asked Officer Frazier # 7773 to turn on the shower. And she turned on the shower.

2.) Then I went to get my shower stuff so I could get in the shower and another detainee got in the shower before me. So I waited until he got out. When the detainee got out I got in and soaped up my body. But then the shower went off. The shower is on a 15-minute timer and after 15-minutes the shower automatically go off and the officer has to react the shower from a control for another 15-minutes.

3.) So when the shower went off I had soap already on my body. So I asked Officer Frazier if she would turn the shower back on so I could rinse the soap off me. And she told me No! So I informed her that I still had soap on me and I cannot go to court with soap on me. So I asked her if I could speak to someone in a white shirt. Which would be a sergeant or Lieutenant. And instead of her calling a white shirt she called two (2) more officers. These officer's were Officer Keith and Officer Cayler.

4.) When these two (2) officer's arrived Officer Keith asked me what was the problem? I told Officer Keith that I got into the shower after another detainee and while I was putting soap on my body the shower timer went off and I need the shower turned back on so I can rinse off and Officer Frazier don't want to let me rinse off.

5.) Officer Keith turned around and was about to go turn the shower on telling me I got one minute to rinse when Officer Frazier stoped him and told him not to turn the shower on claiming I can rinse off in the sink.

6.) So Officer Keith and Officer Cayler then told me I had to get out the shower because Officer Frazier # 7773 will not let them turn the shower back on. So I asked again to let me speak to someone in a white shirt in an effort to talk to someone with higher authority.

7.) At the time I was asking to speak to a person in a white shirt Officer Mr. Tractman # 6410 walked up on the side of me with his handcuffs rapped around his hand like a pair of brace knuckles and struck me in my face on the left side braking the skin. And thats when Officer Keith, Officer Caylor and Officer Tractman # 6410 all threw me on the floor and began punching me and kicked me in my ribs and body area and face. Then I was handcuffed behind my back while I was laying on my stomach.

8.) I was then Rapped up in a sheet and taken into the hallway in front of B-4 Unit and sat down on a Bench. And I Requested again to see someone in a white shirt. Officer Keith walked up to me and slapped me telling me to shut up. And I was still in handcuffs behind my back.

9.) I was then taken to the clothing Room and I spoke to a white shirt Name Mr. Lieutenant Luna #169. And I told him that I had just been assaulted for no reason by Officer Keith, Officer Caylor and Officer Tractman because Officer Ms. Frazier #7773 Refused to turn the shower Back on so I could Rinse and get out the shower and the Officers just jumped on me for no Reason. Lieutenant Luna #169 just walked away ███████, ████████████████."

10.) Then I was uncuffed by Officer Caylor. At this time Officer Mr. Gonzalez #8823 came into the clothing Room. Officer Tractman #6410 then struck me again from the Blind side with handcuffs on the left side of my face. And Officer Caylor, Officer Gonzalez, Officer Tractman #6410 and Officer Keith all threw me on the floor and began beating me again. Then Officer Keith held me down with his knee in my Back while the other Officers continued to assault me. Then Officer Frazier #7773 walked up and kicked me in my testicles. Which caused Blood to be in my urin. (Grievance control No. 2007X2297)

11.) Then I was handcuffed again and then they put pants on me and sent me to RTU dispensery For Medical treatment while paperwork was being Fabricated to justify the assault.

12.) I informed the Nurse at the dispensery what took place and she wiped the Blood off my face and said I could go to court. But I was not allowed to see a doctor. However, I was escorted by an unknown officer to division 5 Receiving and I was seen by a psych worker who Referred me 2-North upon Recommendation from the Administration. And the unknown officer escorted me to Cermak Health care to be taken to 2-North.

13.) When I arrived at Cermak and told the Nurse what had happened to me. She documented and had me see a doctor. And then I was Medically cleared to go up stairs to 2-North and was not given any Medical treatment For the injuries I sustained from the beating.

14.) Once up on 2-North I called my Attorney supervisor Ms. Debra White and told her what happened to me. And she sent an investigator to the Jail to take pictures of my injuries such as my face, Ribs and Leg. And two (2) days later I was charged with Aggravated Battery. And I Filed a grievance about the assault. (Grievance control No. 2007X2110) And the internal Affairs Refused to investigate staff misconduct.

Respectfully Submitted

_[signature]_

Affiant

February 20, 2008

Mr. Terry Brown # 20050069920
Cook County Jail
Division 10
P.O. Box 089002
Chicago, Illinois 60608

Pg. 2 of 2