**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TERRY JEROME BROWN (#2005-0069920) | 08 C -1267 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MS. FRAZIER, ETAL | SUMMONS & COMPLAINT |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CORRECTIONAL OFFICER MR. KEITH, BADGE # 6410- COOK COUNTY JAIL

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2700 SOUTH CALIFORNIA AVENUE - CHICAGO, IL 60608     *2nd Flr. Div 5, Legal Dept.*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERRY JEROME BROWN (#2005-0069920)
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL  60608

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                           Fold

*FILED*

*APR 1 8 2008*

*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

APR 1 8 2008

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 3-31-2008 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 30F6 | District of Origin No. 24 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  T·R· | Date 3-31-2008 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc, shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) NOT SERVED | Date 04/16/2008   Time 13:00 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy  *Michael Ward-Hak* |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: One Service Fee charged Same case + location See process 3 officer Keith employed No matches Badge # incorrect per legal dept. Need more info to serve 1 DUSM, 1 HR, 16 miles Sheet # 1 for charges.

| PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED  Form USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

### SUMMONS IN A CIVIL ACTION

TERRY JEROME BROWN,

        Plaintiff

    VS.

MS. FRRAZIER, et.al.

        Defendants.          CASE NUMBER: 08 cv 1267

                                ASSIGNED JUDGE: JOHN W. HIBBLER

                                DESIGNATED MAGISTRATE JUDGE: SCHENKIER

TO: (Name and Address of Defendant(s))
     Mr. Keith

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon pro se plaintiff:

Name        Terry Jerome Brown (#2005-0069920)
Address     Cook County Jail
              P.O. Box 089002
              Chicago, IL 60608

an answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK         MAR 2 7 2008

    CYNTHIA D. YOUNG            Date

Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me: | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served: _____

_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left: 

_____

[ ]  Returned unexecuted: _____

[ ]  Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                                Date                                          Signature of Server


                                                        _____
                                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CDY

**FILED**

**MARCH 24, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



MAR  3 2008   M.B.
Mar 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Terry Jerome Brown
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV1267
JUDGE HIBBLER
MAGISTRATE JUDGE SCHENKIER

vs.

Ms. Frazier   Et. al.

Mr. Trantman

Mr. Keith

Mr. Caylor

Mr. Gonzolez

Mr. Luna

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

★   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**    **Plaintiff(s):**

A.    Name:   MR. TERRY JEROME BROWN

B.    List all aliases:   _____

C.    Prisoner identification number:   20050069920

D.    Place of present confinement:   Cook County Jail

E.    Address:   P.O. Box 089002, Chicago, Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant:   Ms. FRAZIER # 7773

       Title:   ~~Cook County Sheriff~~ Cook County Jail Officer

       Place of Employment:   2700 S. California Ave, Chicago, Illinois 60608

B.    Defendant:   MR. TRACIMAN # 6410

       Title:   Cook County Jail Officer

       Place of Employment:   2700 S. California Ave, Chicago, Illinois 60608

C.    Defendant:   MR. Keith

       Title:   Cook County Jail Officer

       Place of Employment:   2700 S. California Ave, Chicago, Illinois 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Pg.   2   of   7

Revised 9/2007

D.) Defendant MR. CAYLER

Title: Cook County Jail Officer

Place of Employment: 2700 S. California Ave, Chicago, Illinois 60608

E.) Defendant: MR. Gonzolez #8823 (R. Gonzolez)

Title: Cook County Jail Officer

Place of Employment: 2700 S. California Ave., Chicago, Illinois 60608

F.) Defendant. MR. Luna #169 (Charles Luna)

Title: Cook County Jail Lieutenant

Place of Employment. 2700 S. California Ave, Chicago, Illinois 60608

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _TERRY BROWN V. City of Chicago_
_____06-C-1345_

B.    Approximate date of filing lawsuit: _JANUARY 24, 2006_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_TERRY BROWN_

D.    List all defendants: _Donald Woard Donald cWoard,_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _(Northern District of Illinois, EASTERN Division)_

F.    Name of judge to whom case was assigned: _Judge Castillo_
_____MAGistRAte Schenker_

G.    Basic claim made: _Unnecessary Use of FoRce_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____Settled out of Court_

I.    Approximate date of disposition: _November 15, 2006_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4   of 7

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if
necessary.)

<u>Count(1)</u>

On October 10, 2007, defendants FRAZIER, TRACTMAN, Keith,
Cayler and Gonzolez, did, on this day, while acting under color
of state Law in their individual Capacity *(and official CAPACITY)* *as Employees of Cook
County Department of Corrections, did, on this day, used un-
Reasonable Force Against the Plaintiff MR. TERRY JEROME BROWN
causing injuries to the Face and testicles Resulting in
medical treatment and photograph of injuries in Violation of
Plaintiff Fourth Amendment Right to Be secured in his
Person From unreasonable Use of Force As a Pre-trial
detainee, in Violation of the United States Constitution.

Pg. 5 of 7

## Count (2)

On October 10, 2007, Defendant Mr. Luna, did, on this day, while Acting under color of state law in his individual/official capacity as an employee of Cook County Department of Corrections, did, on this day, Refused to stop defendants Frazier, Tractman, Keith, Cayler and Gonzolez From Beating up Plaintiff Terry Jerome Brown in the clothing Room Resulting in injuries to plaintiff testicles and more unnecessary and unreasonable Use of force in violation of Plaintiff Fourth Amendment Right to be secured in his Person From unreasonable Use of force as guaranteed under the United States Constitution As A Pre-trial detainee.

Pg. **6** of 7

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) THE Plaintiff REQuest AND PRAYs THAt. this Honoble Court Award unto him #1,000,000 ③ Punitive Damages

2) THE Plaintiff ReQuests AND PRAys For #1,000,000 Compensatory Damages

3) THE Plaintiff ReQuest AND PRAy That All Court Costs, Filing Fees AND Attorney's Fee's Be Paid by the Defendant's

4) THE Plaintiff PRAy that Each Named Defendant BE Fired. As A Correctional officer

**VI.    The plaintiff demands that the case be tried by a jury.**  ■ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___20___ day of __FEB.__, 20_08_

_____
(Signature of plaintiff or plaintiffs)

MR. JERRY JEROME BROWN
(Print name)

20050069920
(I.D. Number)

Cook County Jail

P.O. Box 089002

Chicago, Illinois
(Address)

Pg. __7__ of 7

Revised 9/2007

PAGe 1 of 2

Part-A / Control #: _Occ 7X 1297_

Referred To: _Cermak_

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Brown_    First Name: _Jerry_

ID #: _2005-006972C_ Div.: _10_ Living Unit: _2 C_ Date: _11/09/07_

BRIEF SUMMARY OF THE COMPLAINT: _ON October 10, 2007. At Approximately_
_0600 hrs. I was Escorted to Cermak Hosp. Thereafter_
_Being Assualted by uniform correctional officers. Co-1 keilly_
_Co-1 Cayler, Co-1 Frazier 7773 Co-1 Timermen #6410, and Co-1 Cooper_
_zie-# 8823 location Div. 8, k.Tu. B-4 Shower AREA, Hall AREA_
_And Clothing Room Diring My Examination from Cermak medical_
_Nursing. I informed them of my injuries (review medical files_
_October 10, 2007. Cermak.) I complained of being Knicked in the_
_Ribs (both sides) Knicked in the FACE And Knicked in the_
_Testicals (nuts) All the Above was noted, but the was_
_No x-Rays or testing Done I was cleared to go to 2-North_
_As Requested by Seycurity. Thereafter I was Sent to Labs_

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_Located Cermak. For My yearly check up. There was Urin_

ACTION THAT YOU ARE REQUESTING:
_Taken This was Around October 24, 2007._

**DETAINEE SIGNATURE:** _Jerry J.B._

C.R.W.'S SIGNATURE: _V. Butler_    DATE C.R.W. RECEIVED: _11/14/07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Page 2 of 2

Part-A / Control #: 2007 X 2297

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown     First Name: Terry

ID #: 2005-060992C   Div.: 10   Living Unit: 2-C   Date: 11/07/07

BRIEF SUMMARY OF THE COMPLAINT: On October 31, 2007. I was call-
ed back to Cermak (lab) For more Blood testing. The
Doctor at Div. 8, R.T.U. ordered them on November 08, 2007. I
was having problems with my urin (pissing Blood) The Nurse
At Div. 10 took a test and it was said that I had Blood
in my urin and protein as well. Dr. Danbtub Examined me
and sent me to Cermak For other test's. I was Ask by
The medical doctor and nurse had I had Any injury to
My lower Back or Anywhere in that Area. I Explained that
Officer Frazier # 7773 knicked me in my Testacals (nuts)
And the Doctor stated that that is what caused my In-
Juries The medical staff ~~was~~ Refused to take x-ray's and tests

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Because I was Assaulted by security which could have caused
Me McLife.

ACTION THAT YOU ARE REQUESTING: That the medical staff From October 10, 2007, by Dis-
missed that this don't
Happen again.

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: V. Butler     DATE C.R.W. RECEIVED: 11/14/07

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Exhib. A

Part-A / Control #: _____ X _____

Referred To: S U P T .   D I V 8

[X] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: Terry

ID #: 2005-00069920   Div.: X   Living Unit: 2a2   Date: 10/19/07

BRIEF SUMMARY OF THE COMPLAINT: I am Requesting to know the Times
That Detainee's in R.T.U. Div.8 Are Allowed to take a Shower
During Court Call And There After The 7:00AM/3:00PM
Institutional Count's There Are Rules And Sign's up
But Correctional Officers Are Ignoring Them How Can
The Detainee's Follow Rules when the Officers Are Not

Detainee's in R.T.u Div8
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

That the Rules be followed by The Officer's And
ACTION THAT YOU ARE REQUESTING:

These Rules Shower times, Court calls, 7AM/3PM count time

## DETAINEE SIGNATURE: Terry Brown

C.R.W.'S SIGNATURE: Cf ozguirel          DATE C.R.W. RECEIVED: 10/19/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Ex

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

***Please Note :***
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: _Brown_        First Name: _Terry_

ID#: _2005-0069928_ Div: _8_ Tier/LivingUnit: _A2_

Date of Request: _10/18/07_        Date C.R.W. Received Request: _10/19/07_

This request has been processed by: _C. Esquivel_        C.R.W.

Summary of Request:

_Detainee request he be notified of the time he is allowed to take a shower in DIST-RTU._

Response and/or Action Taken:

_Talk with a Lt. upon making rounds on a LP. If no sign me there main times the time for showers_

_____ (Print- name of individual responding)    _____ (Signature of individual responding)    Date: _10/20/07_  Div./Dept. _3/8_

Part-A / Control #: ___X___

Referred To: _____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: __Brown,__     First Name: __Terry__

ID #: __2005-0069720__   Div.: __8__   Living Unit: __A-2__   Date: __10/16/07__

BRIEF SUMMARY OF THE COMPLAINT: __On October 16, 2007 Location Blud.__
__R.T.U. B-4 At Approximately 6:00 AM I (Brown #2005-0069720)__
__was send to 2 west without MY Personal Property. Cod__
__Fintier #7773 At All Times was Responsible For MY My__
__Said Property Beulle. The Officer is Charge of B-4__
__MY Commissary was Stole. All I want them that__
__1.) 3 Packs of Tuna, 2.) 2-10 Packs of Maxwell House Coffee 3.)__
__5 Bags of Chirs 4.) 1-Summer Sausage (Hot) 5.) 1-Box of Nutty Bars__
__6.) 2 Mayonnaise, 7.) 2 Bottle of Ketchup 8.) 1-Bottle of Hot Sause__
__9.) 2 Honey Buns, 10.) 3 Sliced Jalapeno Peppers, 11.) 2 Juls rea-__
__Cheese Spread 12.) 1- Towel blus (Pack) I Go to Commissary once a wee-__
__so it Shouldn't be hord to Prov that I had this thinges.__

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

__Commissary & Records.__

ACTION THAT YOU ARE REQUESTING:

__That I receive MY Commissary Back within 30 days of the Above__
__Date. 10/16/07.__

### DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: __10/17/07__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PAGE 1 OF 3

Part-A / Control #: _____X_____

Referred To: SUPT. DIV 8

[X] Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown          First Name: TERRY

ID #: 2005-006,9920   Div.: 8   Living Unit: B-2   Date: 10 / 16 / 07

BRIEF SUMMARY OF THE COMPLAINT: This Complaint Pertain's The Abuse Of ~~Author~~ Authority ~~W~~ BY Col. FRAZIER 7773, In Her Official CAPACITY AS A Uniform Correctional Officer. On October 10, 2007. At APPROX- imately 4:00 AM IN the Morning. I was informed by Co-1 Frazier # 7773, That I (Brown # 2005-006,9920) was On Court CALL, I then Requested That the Shower be turned on. The Shower ~~was~~ Turned on. Bed #21 Got in the Shower First, Then I Got in the Shower There After (The Showers don't Stay on For No Longer Then 15 minutes) I was using the First Detainee Shower use The Shower went off, And ~~I~~ I Requested For the Shower To be turned back on Co-1 Frazier # 7773, Came To the Shower ENTERENCE OF B-4 AND Stated ~~that was~~ wot TURNING

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: On the Shower For the Second time. I then informed

ACTION THAT YOU ARE REQUESTING: Co-1 Frazier # 7773 That I Still had soap on me and I

DETAINEE SIGNATURE: [signature]

C.R.W.'S SIGNATURE: [signature]          DATE C.R.W. RECEIVED: 10 / 17 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PAGE 2 OF 3

Part-A / Control #: _____X_____

Referred To: _SUPT. DIV 8_

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown,        First Name: Terry

ID #: 2005-0069920  Div.: 8  Living Unit: A-2  Date: 10/16/07

BRIEF SUMMARY OF THE COMPLAINT: Needed to Get Ready For Court Call.
There After Co-1 Frazier # 7773 Called Co-1 Keith and Co-1
Coyler to Get Me out the Shower Co-1 Keith and Coyler
Acknowledged the Soap on Me And was About to turn
The Shower back on. But Co-1 Frazier # 7773 Insisted
That I come out the Shower with the Soap on me, Stating
(Co-1 Frazier # 7773) That I could Go to the Sink if I want
Ed to Get the Soap off Me. This was Abuse of Authority
When Sho (Frazier # 7773) Ignored R.T.U. Rule That Showers
Are to be used For Court Call From 4:00 am til 6:00 am
Thereafter I was Assaulted by Co-1 Frazier # 7773 Co-1 Keith
Co-1 Coyler And Other Correctional Officers Teck-nun Bodily Courth
Sho

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
There Are Many Complaints (Grievances) That Are being Placed

ACTION THAT YOU ARE REQUESTING:
Against Co-1 Frazier # 7773. I wasn't on B4 But 2-days

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____        DATE C.R.W. RECEIVED: 10/17/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PAGE 3 OF 3

Part-A / Control #: _____X_____

Referred To: SUPT. DIUB

☒ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown            First Name: Terry

ID #: 2005-0069920    Div.: 8    Living Unit: A-2    Date: 10/16/06

BRIEF SUMMARY OF THE COMPLAINT: And My First i day Co-i Frazier #7773 was not on B-4 I don't Get up to eat in the morning And the only Reason that I was up. was For Court I was written up And charged with A Criminal Case All because Co-i Frazier #7773 Abused her Authority By Refusing to Allowing Me to Get the Soap off the

I am Requesting that Co-i Frazier #7773 Be Dis-Missed From her Official Capacity As A uniform Correction Official As well as the other named Staff in this Grievance (Complaint)

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Detainee s in B4/C-2

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: Terry Brown

C.R.W.'S SIGNATURE: Kurt Cullins            DATE C.R.W. RECEIVED: 10/17/07

**Please note:** Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM  PROCESSED AS A REQUEST

*Please Note :*

- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **Brown**          First Name: **Terry**

ID# **2005 - 0069920**  Div: **8**  Tier/Living Unit: **A2**

Date of Request: **10 / 16 / 07**        Date C.R.W. Received Request: **10 / 12 / 07**

This request has been processed by: **C. Esquivel** _____ C.R.W.

**Summary of Request:**

Detainee requests professional treatment
by correctional staff.

**Response and/or Action Taken:**

~~Detainee~~ RMT requires all staff to be professional at all times. In
addition detainee was creating several arguments with staff resulting
in disciplinary action.

_____ A-168          _____ #168 Date: 10 / 28 / 07 Div./Dept. 3 / 8
(Print- name of individual responding)    (Signature of individual responding)

ON(1)

PAGE - 1 OF 3

Part-A / Control #: 767 X 2110

Referred To: __IAD__

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Brown.**          First Name: **Terry**

ID #: **2005-0069920**    Div.: **8**    Living Unit: **A-2**    Date: **10/14/07.**

BRIEF SUMMARY OF THE COMPLAINT: On October 10 12007 At Approxiamote-
ly 10 am location B-4 Shower Offer Co-1 Frazier # 7773 turn-
ed on B-4 Showers for count Call (The Shower Stay on for
prox 10 minutes, After being turned on) Bed # 26 Got into the
Shower First (Other After is the Shower was Still Running) the
Brown # 2005-0069920, Got in the Shower. I Still had Soap on me
when the Shower turned off. There after I called for the Shower
to be turned back on then Co-1 Frazier # 7773 came to the Shower
Entrance and told me that she wasn't turning on the Shower
Again then she Called Co-1 Keith and Another Correctional officer
(Name unknown But I can Point him out in a line up) Co-1 Keith
And this officer (unknown) asked me what was the Problem

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Then I informed them that I Still had Soap on me and

ACTION THAT YOU ARE REQUESTING:
would like to Get it off. They Sent the Soap and was about

## DETAINEE SIGNATURE: Terry Brown

C.R.W.'S SIGNATURE: Vint Cudding          DATE C.R.W. RECEIVED: 10/15/07

*Please note; Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

*Page - 2 of 3*

Part-A / Control #: 7cc 7 X 7110

Referred To: F. A. D

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Brown    First Name: Terry

ID #: 2005 - 0069920    Div.: 8    Living Unit: A-2    Date: 10 / 14 / 07

BRIEF SUMMARY OF THE COMPLAINT: To turn on the Shower But Co-1 Feazier #7713 insisted that the Shower be turned on, and stated that I (Brown) could get the soap off me in the sink. There after I noticed Co-1 Treadman #6410 standing on my left side. There after Officer Treadman #6410 hit me with a close fist. And Officer Keith the unknown stated to Co-1 Feazier to straight me up at the time the ... the hits right/left, and in the ... when Review medical ... who be present the Then I was hand cuffed and taken down to the clothing Room state when Officer Keith hit me in the ... (left side) with a one fist. Then Officer Keith told Officer #off to take the hand cuffs off me he did so, then Co-1 6410 hit me with a closed fist with hand cuffs. And Keith Co-1 Feazier #7713, Co-1 Brown ...

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
8823 And the unknown named Co-1. They all refused to assault

ACTION THAT YOU ARE REQUESTING:
me Co-1 Feazier #7713 after I was cuffed again and on

DETAINEE SIGNATURE: Terry Brown

C.R.W.'S SIGNATURE: Vincent Caudlocal    DATE C.R.W. RECEIVED: 10 , 15 , 0

*Please note! Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PAGE - 3 OF 3

Part-A / Control #: _Ru 7 X 2110_

Referred To: _I, A.D._

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: _Brown,_      First Name: _Terry_

ID #: _2005-0069920_ Div.: _8_    Living Unit: _A-2_ Date: _10/14/07_

BRIEF SUMMARY OF THE COMPLAINT: _The floor of the Clothing Room kuicked_
_me in my testiculs (nuts) and my ribs. Right Side. then I was_
_taken to see a nurse in R.T.U. After they put my pants on I_
_was treated and sent to talk to mental health service, and was tild_
_that R.T.U officers requested that I go to 2nd/6th. I talked to my back_
_and he states that especially some thing I didn't want to go to_
_Court which is a lie. I called my attorney and her investigator_
_Come and her to take pictures of my injuries from all the other_
_mentioned officers. I was forced to miss Court with lie, and ask-_
_ed my attorney to try to get me in court, because the doctor cleared_
_me to go. and put me in 2 Month Review Court documents for 10/16/07._

_Detainee's in B-4, Detainee's in C-2 and Lt Lynn #168._
NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

_That Criminual charges be filed. And the That Each Correcticnal_
ACTION THAT YOU ARE REQUESTING:

_Staff be Suspended without pay pending the out come of Criminual_
_Charges._

**DETAINEE SIGNATURE:** _[signature]_

C.R.W.'S SIGNATURE: _Vincent Cudlow_      DATE C.R.W. RECEIVED: _10, 15, 07_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2007X 2110

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: BROWN    First Name: Terry    ID#: 2005-0069920

Is This Grievance An Emergency?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges he was Assault-( by
SECURITY STAFF.

C.R.W. Referred Griev. To: I.A.D.    Date Referred: 10 / 15 / 07

Response Statement: IAD inquire show detainee was combative
and refuse Verbal order from staff, Incident Report on
fole. No IAD can file warranted

_D/c William Kaytos_ -u/c _____    Date: 11 / 1 / 07 Dlv./Dept. IAD
(print - name of individual responding to this griev.)    (signature of individual responding to this griev.)

_CAPT. R. Harris_    _____    Date: 11 / 6 / 07 Dlv./Dept. 3/8.
(print - name of Supt./ Designee / Dept. Admin.)    (signature of Supt./ Designee / Dept. Admin.)

_D/AUKEN_    _____    Date: 11 / 18 / 07
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 11 / 09 / 07    Detainee Signature: _Terry Brown_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 11 / 09 / 07

Detainee's Basis For An Appeal: I AM APPEALing this because I WAS ASSUAlted. THE
Report States one thing And I States Another This is For A
Court to Decide. I AM Still REQUESTing A ____ INVESTigATion

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
IAD Respons to stand

Appeal Board's Signatures / Dates:
_____ 12/4/07    _____ 12.4.7    _____

Date Detainee Rec.'d the Appl. Bd.'s Response: _____    Detainee Signature: _____

GRIEVANCE CODE(S): ( ____ ) ( ____ ) ( ____ ) ( ____ )

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

9 copies

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT AND FINDINGS OF FACT**

Please Print Information

| SECTION I    DISCIPLINE REPORT | Division: | Date of Infraction: | 04FOPA01DS |
|---|---|---|---|

Detainee's Name:

ID#:                     Date of Birth:

| Detainee's Living Unit: | Place of Incident: | | Time: | HRS |

| ☐ Category I | ☐ Category II | ☐ Category III | ☐ Category IV | ☐ Category V | ☐ Category VI |

Description of Charge(s) & Code(s):

| Detainee Injuries: ☐ Yes ☐ No | Medical Attention: ☐ Yes ☐ No | Name(s): |
| Staff Injuries: ☐ Yes ☐ No | Medical Attention: ☐ Yes ☐ No | Name(s): |
| Victim Report: ☐ Yes ☐ No | | Reported to Internal Investigations: ☐ Yes ☐ No |

Material Confiscated /Evidence Bag # (attach photocopy of evidence):

Description of Incident:

| Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered: |
| | 10/18/07   10 : 25 HRS |

Detainee's Signature:

| Reporting Employee / Signature & Star #: | CCDOC Personnel Who Witnessed Infraction: |
| Reviewing Supervisor / Signature & Star #:    168 | Name and Star (printed):   #168 |
| Superintendent or designee's Signature:    168 | Name and Star (printed):   #168 |

| SECTION II   DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: |

| Detainee Requested Witnesses: ☐ Yes ☐ No | Waive 24 Hr. Notice ☐ Yes ☐ No | Representative/Interpreter ☐ Yes ☐ No |

| Detainee Witness: | Living Unit: | Detainee Witness: | Living Unit: |

| Detainee's Plea to Charge   ☐ Guilty As Charged   ☐ Not Guilty | Detainee Status While Awaiting Hearing: |

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

DETAINEE SIGNATURE:

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:   ("X" APPLICABLE BOX)

| ☐ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED |

Disciplinary Hearing Board's Finding is Based On The Following Information:

☐ DETAINEE REPLY/DISCIPLINARY REPORT    ☐ OTHER

Disciplinary Hearing Board Recommends The Following Action:

Start Date of Action            End Date

| Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date |

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy          Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing          Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT AND FINDINGS OF FACT**

Please Print Information                                                                 04POPA01D9

| SECTION I . DISCIPLINE REPORT | Division: | Date of Infraction: |
|---|---|---|

| Detainee's Name: | ID#: | Date of Birth: |
|---|---|---|

| Detainee's Living Unit: | Place of Incident: | Time: | HRS |
|---|---|---|---|

| ☐ Category I | ☐ Category II | ☐ Category III | ☐ Category IV | ☐ Category V | ☑ Category VI |
|---|---|---|---|---|---|

Description of Charge(s) & Code(s):

| Detainee Injuries: ☐ Yes ☐ No | Medical Attention: ☐ Yes ☐ No | Name(s) |
|---|---|---|
| Staff Injuries: ☐ Yes ☐ No | Medical Attention: ☐ Yes ☐ No | Name(s) |
| Victim Report: ☑ Yes ☐ No | | Reported to Internal Investigations: ☐ Yes ☐ No |

Material Confiscated /Evidence Bag # (attach photocopy of evidence):

Description of Incident:

| Disciplinary Report Delivered to Detainee By (Name and Star #): | Date and Time Delivered: | HRS |
|---|---|---|

Detainee's Signature:

| Reporting Employee / Signature & Star #: | CCDOC Personnel Who Witnessed Infraction: |
|---|---|
| Reviewing Supervisor / Signature & Star #: | Name and Star (printed): |
| Superintendent or designee's Signature: | Name and Star (printed): |

| SECTION II    DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: |
|---|---|

| Detainee Requested Witnesses: ☐ Yes ☐ No | Waive 24 Hr. Notice ☐ Yes ☐ No | Representative/Interpreter ☐ Yes ☐ No |
|---|---|---|

| Detainee Witness: | Living Unit: | Detainee Witness: | Living Unit: |
|---|---|---|---|

| Detainee's Plea to Charge | ☐ Guilty As Charged | ☐ Not Guilty | Detainee Status While Awaiting Hearing: |
|---|---|---|---|

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)

*DETAINEE SIGNATURE:*

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:    ("X" APPLICABLE BOX)

| ☐ GUILTY AS CHARGED | ☐ NOT GUILTY | ☐ INVALID REPORT | ☐ 72 HOURS EXPIRED | ☐ 7 DAY EXPIRED |
|---|---|---|---|---|

Disciplinary Hearing Board's Finding is Based On The Following Information:

| ☐ DETAINEE REPLY/DISCIPLINARY REPORT | ☐ OTHER |
|---|---|

Disciplinary Hearing Board Recommends The Following Action:

| Start Date of Action: / / | | End Date / / |
|---|---|---|
| Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date | Disciplinary Hearing Board Member Signature/Title/Date |

If found guilty of disciplinary charges, you may appeal to the divisional Superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy                    Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing                    Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

9 COPIES

## CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE

THE CLEARK

219 south DEARBORN

CHICAGO ILLINOIS 60604.

RESPECTFULLY SUBMITTED

MR.TERRY JEROME BROWN#2005-0069920

PO.BOX.089002.

CHICAGO ILLINOIS 60608.

State of Illinois
County of Cook

<u>Affidavit</u>

I, Mr. Terry Brown_____, depose and state under oath pursuant to the Penalties as Prescribed under chapter 735 ILCS 5/1-109 that the following facts and circumstances are true and correct. And made upon Personal knowledge and Belief. And if called as a witness I would state the following below:

1.) On October 10, 2007, At Approximately 4:00 A.M., Officer Ms. Frazier # 7773 over in Division 8 R.T.U. B-4 informed me that I had to go to court. So I got up And asked Officer Frazier # 7773 to turn on the shower. And she turned on the shower.

2.) Then I went to get my shower stuff so I could get in the shower and Another detainee got in the shower Before me. So I waited until he got out. When the detainee got out I got in and soaped up my body. But then the shower went off. The shower is on a 15-minute timer and After 15-minutes the shower Automatically go off and the Officer has to React the shower from a control for another 15-minutes.

3.) So when the shower went off I had soap Already on my body. So I asked Officer Frazier if she would turn the shower Back on so I could Rinse the soap off me. And she told me No! So I informed her that I still had soap on me and I cannot go to court with soap on me. So I asked her if I could speak to someone in a white shirt, which would be a sergeant or Lieutenant. And instead of her calling a white shirt she called two (2) more Officers. These Officer's were Officer Keith And Officer Caylor.

4.) When these two (2) Officer's Arrived Officer Keith Asked me what was the Problem? I told Officer Keith that I got into the shower After Another detainee and while I was putting soap on my body the shower timer went off and I need the shower turned back on so I can Rinse off and Officer Frazier don't want to let me Rinse off.

5.) Officer Keith turned Around and was about to go turn the shower on telling me I got one minute to rinse when Officer Frazier stoped him and told him not to turn the shower on claiming I can Rinse off in the sink.

6.) So Officer Keith and Officer Caylor then told me I had to get out the shower Because Officer Frazier # 7773 will not let them turn the shower Back on. So I asked Again to let me speak to someone in a white shirt in An Effort to talk to someone with higher Authority.

7.) At the time I was Asking to speak to a person in a white shirt Officer Mr. Tractman # 6410 walked up on the side of me with his handcuffs rapped Around his hand like a pair of Brace knuckles and struck me in my Face on the left side Braking the skin. And that's when Officer Keith, Officer Caylor and Officer Tractman # 6410 All threw me on the Floor and Began punching me and Kicked me in my Ribs and Body Area And Face. Then I was handcuffed behind my Back while I was laying on my stomach.

Pg. 1 of 2

8.) I WAS then Rapped up in A sheet and taken into the hallway in Front of B-4 Unit and sat down on A Bench. And I Requested again to see someone in A White shirt. Officer keith walked up to me and slapped me telling me to shut up. And I WAS still in handcuffs behind my BACK.

9.) I WAS then taken to the clothing Room and I spoke to A white shirt NAME Mr. Lieutenant Luna# 169. And I told him that I had just been assaulted for No Reason by officer keith, officer Caylor and Officer Tractman because Officer Ms. Frazier #7773 Refused to turn the shower BACK on so I could Rinse and get out the shower and the officers just jumped on me for No Reason. Lieutenant Luna# 169 Just walked AWAY [redacted]

10.) Then I WAS uncuffed by Officer Caylor. At this time Officer Mr. Gonzalez #8823 came into the clothing Room. Officer Tractman# 6410 then struck me again from the Blind side with handcuffs on the left side of my FACE. And Officer Caylor, Officer Gonzalez, Officer Tractman# 6410 And Officer keith All threw me on the Floor and Began Beating me again. Then Officer keith held me down with his knee in my BACK while the other officers continued to Assault me. Then Officer Frazier #7773 walked up and kicked me in my testicles. Which caused blood to be in my urin. (Grievance control No. 2007X2297)

11.) Then I WAS handcuffed again and then they put pants on me and sent me to RTU dispensery for Medical treatment while paperwork was being fabricated to justify the Assault.

12.) I informed the Nurse at the dispensery what took place and she wiped the Blood off my FACE and said I could go to court. But I WAS Not Allowed to see A doctor. However, I WAS Escorted by an unknown officer to division 5 Receiving and I WAS seen by A psych worker who Referred me 2-North upon recommendation from the administration. And the unknown officer escorted me to Cermak Health CARE to be taken to 2-North.

13.) When I arrived at Cermak and told the Nurse what had happened to me. She documented and had me see A doctor, And then I WAS medically cleared to go up stairs to 2-North and WAS Not given Any medical treatment for the injuries I sustained from the beating.

14.) Once up on 2-North I called my Attorney supervisor Ms. Debra White and told her what happened to me. And she sent an investigator to the Jail to take pictures of my injuries such as my FACE, Ribs and Leg. And two (2) days later I WAS charged with Aggravated Battery. And I Filed A grievance About the Assault. (Grievance control No. 2007X2110) And the internal Affairs Refused to investigate staff misconduct.

Respectfully Submitted

[signature]

Affiant

February 20, 2008

MR. Terry Brown # 20050069920
Cook County Jail
Division 10
P.O. Box 089002
Chicago, Illinois 60608

Form AO-399 (Rev. 05/00)

# UNITED STATES DISTRICT COURT

(DISTRICT)

## Waiver of Service of Summons

**TO: Terry Jerome Brown**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Mr. Keith, Correctional Officer                               acknowledge receipt of your request that I waive
(DEFENDANT NAME)

service of summons in the action of Terry Jerome Brown vs. Ms. Frazier, et al.
(CAPTION OF ACTION)

which is case number 08C1267                          in the United States District Court for the
(DOCKET NUMBER)

Northern District of Illinois                            .
(DISTRICT)

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after March 31, 2008
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____         _____
DATE                      SIGNATURE

Printed/Typed Name: _____

As _____ of _____
TITLE                 CORPORATE DEFENDANT

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown to its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1267 | **DATE** | March 24, 2008 |
| **CASE TITLE** | Terry Jerome Brown (#2005-0069920) vs. Ms. Frazier, et al. | | |

## DOCKET ENTRY TEXT:

The plaintiff's motion for leave to proceed *in forma pauperis* [#3] is granted. The court authorizes and orders Cook County Jail officials to deduct $2.50 from the plaintiff's account, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Illinois 60608. The clerk is directed to issue summonses for service on the defendants by the U.S. Marshal. The clerk is also directed to send the plaintiff a magistrate judge consent form and filing instructions along with a copy of this order.

■ [For further details see text below.]                                     Docketing to mail notices.

---

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, correctional officers at the jail, violated the plaintiff's constitutional rights by using unjustified force against him (or, in the case of one officer, by standing by without intervening when he saw other officers resorting to excessive force).

The plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $2.50. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from the plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer at the plaintiff's place of confinement is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify transferee authorities of any outstanding balance in the event the plaintiff is transferred from the jail to another correctional facility.

(CONTINUED)

mjm

Page 1 of 2

DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: 3/27/08

## STATEMENT (continued)

Under 28 U.S.C. § 1915A, the court is required to conduct a prompt initial review of prisoner complaints against governmental entities or employees. Here, accepting the plaintiff's factual allegations as true, the court finds that the complaint states colorable causes of action under the Civil Rights Act. Unjustified force against a pretrial detainee violates the inmate's rights under the Fourteenth Amendment. *See, e.g., Dorsey v. St. Joseph County Jail Officials*, 98 F.3d 1527, 1528 (7th Cir. 1998), *citing Graham v. Connor*, 490 U.S. 386, 395 n. 10 (1989). Furthermore, " 'police officers [and, by extension, correctional officers] who have a realistic opportunity to step forward and prevent a fellow officer from violating a plaintiff's rights through the use of excessive force but fail to do so' could be held liable under § 1983." *Fillmore v. Page*, 358 F.3d 496, 505-06 (7th Cir. 2004), quoting *Miller v. Smith*, 220 F.3d 491, 495 (7th Cir. 2000); *see also Yang v. Hardin*, 37 F.3d 282, 285 (7th Cir. 1994) (collecting cases). While a more fully developed record may belie the plaintiff's claims, the defendants must respond to the allegations in the complaint.

The clerk shall issue summonses for service of the complaint on the defendants. The clerk shall also send the plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

The United States Marshals Service is appointed to serve the defendants. Any service forms necessary for the plaintiff to complete will be sent by the Marshal as appropriate to serve the defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve the defendants. With respect to any former jail employee who can no longer be found at the work address provided by the plaintiff, the Cook County Department of Corrections shall furnish the Marshal with the defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

The plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The plaintiff must provide the court with the original plus a complete judge's copy, including any exhibits, of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on behalf of the defendants]. Every document filed with the court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.