MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1267 | **DATE** | May 1, 2008 |
| **CASE TITLE** | Terry Jerome Brown (#2005-0069920) vs. Officer Frazier, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion "to amend" [#7] is denied. Loose exhibits in the file are not permitted and no evidence in support of the plaintiff's claims is necessary at this time. Exhibits should be filed only in conjunction with a motion (such as for summary judgment) or at trial. The plaintiff is advised to provide additional identifying information for defendants Cayler, Keith, and Tractman, as the U.S. Marshal was unable to serve those individuals. (*See* unexecuted returns of service, document nos. 10, 11, and 12). The names and badge numbers the plaintiff provided for those officers apparently do not match. Without any additional information, the Marshal cannot re-attempt service on those individuals.

*Wm. J. Hibbler*

Docketing to mail notices.

mjm