UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. TERRY JEROME BROWN                                    PLAINTIFF
V.                                                          NO. 08 CV 1267
OFFICER FRAZIER ET. AL.                                   DEFENDANT(S)

**F I L E D**
NAY 5, 2008
MAY 5 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION REQUESTING PROMISE
FOR DECOVERY

COME NOW, THE PLAINTIFF, MR. TERRY JEROME BROWN, IN PRO.SE.
BRING ON FOR HEARING AND CONSIDERATION, TO THIS HONORABLE
COURT HIS MOTION REQUESTING PROMISE FOR DECOVERY AND
OR PRODUCTION OF DOCUMENTS.
THE PLAINTIFF STATES THE FOLLOWING, TO WIT:

1) THAT THE PLAINTIFF IN PRO.SE. HAS A RIGHT TO DECOVERY
AND OR PRODUCTION OF DOCUMENT THE ABOVE CASE NUMBER.
2) THAT THE PLAINTIFF, PRO.SE. NEED THE NAMED DEFENDANTS
FULL NAME AND BADGE NUMBER FOR THE U.S. MARSHAL CAN
SERVE EACH NAMED DEFENDANTS!
3) THAT THE PLAINTIFF PRO.SE. BEGIN HIS INTORREGATORY(S)
OBTAIN MEDICAL RECORDS, INCIDENT REPORTS RULE VOILATION
REPORT GRIEVONCES AND RESPONSES AND ACTIONS IF ANY, ECT.

1.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. TERRY JEROME BROWN,
V.
OFFICER FRAZIER ET, AL.

PLAINTIFF
NO. 08 CV. 1267
DEFENDANT(S)

## CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE
THE CLERKS OFFICE
219 So DEAR BORN
CHICAGO ILLINOIS 60604.

DATE: APRIL 30 2008.

RESPECTFULLY SUBMITTED

MR. TERRY JEROME BROWN #2005-0069920
Po. BOX 089002
CHICAGO ILLINOIS 60608.

20F2                    2.