UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. TERRY JEROME BROWN                                    PLAINTIFF
VS.

**F I L E D**  No. 08 CV. 1267
May 5, 2008
MAY 5 2008  mb

OFFICER FRAZIER ET. AL.                                   DEFENDANT(S)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Second Motion ORDERING
THE U.S. MARSHAL TO SERVE
ALL OF THE DEFENDANT

COME NOW, THE PLAINTIFF. MR. TERRY JEROME BROWN, IN PRO.SE BRINGS ON FOR HEARING AND CONSIDERATION. BEFORE THIS HONORABLE COURT, HIS SECOND (2nd) MOTION ORDERING THE U.S. MARSHAL TO SERVE EACH NAMED DEFENDANT IN THE ABOVED ENTITLED CAUSE NUMBER. TO WIT:

1) THAT ON OR ABOUT APERL 16 2008. THE UNITED STATES MARSHAL WAS SAID TO MADE AN ATTEMPT TO SERVE EACH DEFENDANT IN THE ENTITLED CASE. BUT WAS SAID TO NEED MORE INFORMATION ON TRACTMAN #6410 WHERE HIS NAME AND BADGE No ~~~~~ IS ON THE ATTACHED RULE VIOLATION REPORT(S) DATED OCTOBER 10, 2007. SIGNED BY DEFENDANTS FRAZIER AND DEFENDANT LUNN #169.

2) THAT DEFENDANT CAYLER WAS STATED BY THE U.S MARSHAL. THAT THEY WAS UNABLE TO EXCUTE BADGE # NAME DIDN'T MATCH. CORRECTION THEIR WASN'T A BADGE # SUBMITTED WITH DEFENDANT CAYLER ON OCT 10.07. HE WAS ASSIGNED TO DIV. 8. R.T.U. ON THE 11:00 PM til 7:00 AM SHIFT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3) THAT ON OCTOBER 10, 2007, ON THE 11:00 PM til 7:00 AM SHIFT CO-KEITH (THE DEFENDANT) WAS ASSIGNED TO DIV. 8. R.T.U. THERE WAS NOT A BADGE NUMBER ON HIM.

4) THAT DEFENDANT Lt. LUNA #169, WAS NEVER SERVED TO THE PLAINTIFF (BY THE UNITED STATED MARSHAL) KNOWLEDGE.

5) THE PLAINTIFF STATES THAT HE HAS MADE AN ATTEMPT TO OBTAIN DEFENDANT FULL NAME AND BADGE NUMBER BY WAY OF A INSTITUTIONAL GRIEVANCE. WHERE MY SOCIAL WORKER M.S. GRIM, INFORMED THE PLAINT-IFF HER SUPERVISOR MR. WARREN TOLD HER THAT I HAD TO GET A ORDER IN ORDER TO GET THE DEFENDANTS NAMES AND BADGE # DATE WAS APRIL 24, 2008.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE
THE CLERK OFFICE
219 SOUTH DEARBORN
CHICAGO ILLINOIS 60604.

DATE: APRIL 30      2008.

RESPECTFULLY SUBMITTED

MR. TERRY JEROME BROWN #2005 0069920
P.O. BOX 089002
CHICAGO ILLINOIS 60608.