UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. TERRY JEROME BROWN,  PLAINTIFF

VS.   NO. 08 CV 1267

OFFICER FRAZIER ET.AL.   DEFENDANT(S)

FILED
May 5, 2008
MAY 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

SECOND MOTION FOR REQUEST
FOR AN APPOINTED COUNSEL

NOW COMES THE PLAINTIFF MR. TERRY JEROME BROWN, IN PRO SE BRING ON FOR HEARING AND CONSIDERATION, BEFORE THE HONORABLE JUDGE HIS SECOND MOTION FOR REQUEST FOR AN APPOINTMENT OF COUNSEL, IN THE ABOVE CASE NUMBER THE PLAINTIFF STATES THE FOLLOWING, TO WIT:

1) THAT THE PLAINTIFF, IS INCARCERATED AND IS INDIGENT WITHOUT THE FINANCIAL RESOURCES HERE IN THE COOK COUNTY CORRECTION JAIL.

2) THE PLAINTIFF STATES THAT HE IS ENTITLED TO AN APPOINTED COUNSEL TO ASSURE THAT JUSTICE IS SERVED ON EACH NAMED OR UNNAMED DEFENDANT(S)

3) THAT THE PLAINTIFF HAS LIMITED ACCESS TO THE COUNTY LAW LIBRARY ONE (1) AND A HALF ½ HOUR APPROXIMATELY EVERY TEN 10 DAYS, AS WELL AS LIMITED RESEARCH ON CIVIL ACTIONS.

4) THAT THE PLAINTIFF HAS A MENTAL DISORDER OF DEPRESSION AND IS PROSCRIBED PSICOTROPIC MEDICATION FOR HIS DEPRESSION. AND THE PLAINTIFF HAS LITTLE OR NO KNOWLEDGE OF THE LAW.

1.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR TERRY JEROME BROWN          PLAINTIFF
        V.                     No. 08 CV 1267
OFFICER FRAZIER ET. AL.        DEFENDANT(S)

5) THAT THE PLAINTIFF, HAS MADE ATTEMPTS TO SEEK AN CIVIL ATTORNEY(S) FOR THE ABOVE CASE NUMBER. "NO RESPONSE."
1) ATTORNEY RICHARD MICHAEL BEUKE
    53 W. JACKSON BOULEVARD (SUITE 1410)
    CHICAGO ILLINOIS 60604.
2) ATTORNEY KENNETH N. FLAXMAN
    200 S. MICHIGAN (SUITE 1240)
    CHICAGO ILLINOIS 60604.

RELIEF REQUESTED

1) WHERE FORE: THE PLAINTIFF, REQUEST AND PRAYS, THAT THIS HONORABLE COURT GRANT UNTO HIM AN APPOINTED COUNSEL (AN ATTORNEY) TO ASSIST HIM (THE PLAINTIFF) THAT JUSTICE MIGHT BE SERVE.
2) THAT THIS HONORABLE COURT GRANT UNTO THE PLAINTIFF WHAT EVER ELSE IT DEEMS TO BE JUST AND NECESSARY.

THE END

RESPECTFULLY SUBMITTED

MR. TERRY JEROME BROWN #2005-0069920
P.O. BOX 089002
CHICAGO ILLINOIS 60608.

2 OF 3

2.

## CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE
THE CLERK OFFICE
219 SOUTH DEARBORN
CHICAGO ILLINOIS 60604

DATE: APRIL 30  2008.

RESPECTFULLY SUBMITTED

_____
MR. PERRY JEROME BROWN #2005-0069920
P.O. BOX 089002
CHICAGO ILLINOIS 60604.