UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MR. TERRY JEROME BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1267 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William Hibbler |
| MS. FRAZIER, MR. TRACTMAN, | ) | |
| MR. KEITH, MR. CAYLER, MR. GONZOLEZ, | ) | Magistrate Judge Schenkier |
| And MR. LUNA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Terry Jerome Brown
     (2005-0069920)
     Cook County Jail
     P.O. Box 089002
     Chicago, IL 60608


     Please take notice that on May 20, 2008 at 9:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge William Hibbler or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1225, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion To Enlarge.

                                   Richard A. Devine
                                   State's Attorney of Cook County

            By:     /s/ Steven L. Satter
                      Steven L. Satter
                      Assistant State's Attorney
                      500 Richard J. Daley Center
                      Chicago, Illinois 60602
                      ARDC # 6243813

## CERTIFICATE OF SERVICE

STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

**Motion to Enlarge**

was served pursuant to the District Court's ECF system as to ECF filers. Additionally, a paper copy was served via First Class U.S. Mail, this 12th day of May, 2008 to:

Terry Jerome Brown
(2005-0069920)
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

                                                s/ Steven L. Satter
                                                Steven L. Satter