# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1267 | DATE | May 12, 2008 |
| CASE TITLE | Terry Jerome Brown (#2005-0069920) vs. Officer Frazier, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summonses for service on defendants Cayler, Keith, and Tractman.

Docketing to mail notices.

mjm