UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Mr. Terry Jerome Brown                          PLAINTIFF
       V.                                       No. 08 CV 1267
Co-1 Tanisha Frazier #7773
Co-1 James Troutman #6410
Co-1 Marvie Keith #8635                         DEFENDANT(S)
Co-1 Terrance Colyer #8678
Lt. Charles Lunn #196. Et. Al.                  FILED
Co-1 R. Gonzolez #8823
                                                MAY 19 2008
                                                May 19 2008 MB
                                                MICHAEL W. DOBBINS
                                                CLERK, U.S. DISTRICT COURT

Motion to Amend
The Defendant's Full Names/Numbers

Come Now, The Plaintiff, Mr. Terry Jerome Brown, In Pro'Se, Bring's on For Hearing and Consideration His Motion to Amend Each Defendant Fully Name and Badge Number That They May Be Served By The U.S. Marshals as Ordered By The Courts.

1) On or About April 16, 2008. At Approximately 13:00 hrs PM The United States Marshal, Where Said to Have Made An Attempt to Serve Each Defendant In The Above Case Number.

2) The Plaintiff, States That The U.S. Marshal Forward Unto Him Unserved Process Receipt and Forms Of The Following Defendants.

1.

# United States District Court
## For the Northern District of Illinois
### Eastern Division

Mr. Terry Jerome Brown      PLAINTIFF

V.     No. 08 CV 1267

C.O.-1 Tanisna Frazier #7773
C.O.-1 James Troutman #6410
C.O.-1 Marvie Keith #8635
C.O.-1 Terrance Colyer #8678
C.O.-1 R. Gonzolez #8823

    DEFENDANT(S)

4) Defendant James Troutman #6410, Not Served
5) Defendant Marvie ~~#8635~~ Keith #8635 Not Served
6) Defendant Terrance Colyer #8678. (Not Served)
7) Defendant Charles Lunn #196 Not Served

Wherefore the Plaintiff prayers that this Honorable Court except his motion to amend the Defendants full name and badge number that the U.S. Marshal can serve all Defendants in this Civil Action.

Respectfully Submitted

_____ 2005-0069920

Mr. Terry Jerome Brown
P.O. Box 089002
Chicago Illinois 60608.

2.

, PO.BOX 089002.

CHICAGO ILLINOIS 60608.

MAY 07.2008.

MR.L.WARRERN,SUPERVISOR

CASE MANAGER SUPERVISOR

DIV-5

RE: GRIEVANCE/REQUEST

MR.L.WARRERN,

ON OR ABOUT APIRL,23,2008.I FILED A GRIEVANCE CONCERNING THE NAMES OF CERTAIN CORRECTIONAL OFFICERS,WHERE I HAVE SUBMITTED A CIVIL ACTION(1983)FORMS AGAINST THEM,THE RESPONSE THAT I RECIEVED WAS THAT I HAD TO GO THROUGH MY ATTORNEY IN ORDER TO OBTAIN THIER NAMES.IAM MY OWN ATTORNEY (PRO,SE)REVIEW YOUR RESPONSE AND THE U.S.MALSHEL RESPONSE AND THEIR ATTEMPT TO LOCATE THE DEFENDANTS IN THIS CIVIL ACTION.

THE FOLLOWING ARE THE INDIVIDUALS THAT I NEED MORE INFORMATION ON:

1)CO-1 KEITH,11:00pm.TIL 7:00am.

2)CO-1CAYLER 11:00pm.TIL 7:00am.

3)CO-1 TRACRTMAN 11:00pm TIL7:00am.

ALL OFFICERS WHERE ASSINGED TO RTU-DIV-8 ON OCTOBER 10,2007.

THANK YOU,

MR. TERRY JEROME BROWN#2005-0069920

DIV.10



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

**PRISONER CORRESPONDENCE**
312-435-5794

March 3, 2008

Terry Jerome Brown
#2005-0069920
P.O. Box 089002
Chicago, IL 60608

Dear Mr. Brown:

We hereby inform you that your petition for leave to file and proceed in forma pauperis in the cause entitled:

**TERRY JEROME BROWN -vs- MS. FRAZIER, et al.**

has been assigned case number: **08CV1267**

**JUDGE HIBBLER**

and to:

who will rule on your petition.
is the designated magistrate for your case.

**MAGISTRATE JUDGE SCHENKIER**

Please indicate your assigned case number on all future documents/correspondence submitted to this court regarding the above case. **Furthermore, you must keep the court informed (in writing) of your current address throughout the pendency of your case.** Failure to do so may result in dismissal of your case for want of prosecution.

In the future, if you wish to receive acknowledgment of filing(s), you must submit an <u>original</u> document, a <u>copy for the judge</u> and **one additional copy** of each document to this court. The additional copy will be returned to you stamped "Received". The exception to this rule is when an amended petition/complaint is submitted. When submitting an amended petition/complaint, you must also submit service copies. We hope this information will assist you in the future.

Sincerely,

Prisoner Correspondent



Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1267 | DATE | March 24, 2008 |
| CASE TITLE | Terry Jerome Brown (#2005-0069920) vs. Ms. Frazier, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#3] is granted. The court authorizes and orders Cook County Jail officials to deduct $2.50 from the plaintiff's account, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Illinois 60608. The clerk is directed to issue summonses for service on the defendants by the U.S. Marshal. The clerk is also directed to send the plaintiff a magistrate judge consent form and filing instructions along with a copy of this order.

■ [For further details see text below.]   *Wm J. Hibbler*   Docketing to mail notices.

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, correctional officers at the jail, violated the plaintiff's constitutional rights by using unjustified force against him (or, in the case of one officer, by standing by without intervening when he saw other officers resorting to excessive force).

The plaintiff's motion for leave to proceed *in forma pauperis* is granted. Pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff is assessed an initial partial filing fee of $2.50. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from the plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer at the plaintiff's place of confinement is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until the full $350 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and the case number assigned to this action. The Cook County inmate trust account office shall notify transferee authorities of any outstanding balance in the event the plaintiff is transferred from the jail to another correctional facility.

(CONTINUED)

mjm

## STATEMENT (continued)

Under 28 U.S.C. § 1915A, the court is required to conduct a prompt initial review of prisoner complaints against governmental entities or employees. Here, accepting the plaintiff's factual allegations as true, the court finds that the complaint states colorable causes of action under the Civil Rights Act. Unjustified force against a pretrial detainee violates the inmate's rights under the Fourteenth Amendment. *See, e.g., Dorsey v. St. Joseph County Jail Officials*, 98 F.3d 1527, 1528 (7th Cir. 1998), *citing Graham v. Connor*, 490 U.S. 386, 395 n. 10 (1989). Furthermore, " 'police officers [and, by extension, correctional officers] who have a realistic opportunity to step forward and prevent a fellow officer from violating a plaintiff's rights through the use of excessive force but fail to do so' could be held liable under § 1983." *Fillmore v. Page*, 358 F.3d 496, 505-06 (7th Cir. 2004), quoting *Miller v. Smith*, 220 F.3d 491, 495 (7th Cir. 2000); *see also Yang v. Hardin*, 37 F.3d 282, 285 (7th Cir. 1994) (collecting cases). While a more fully developed record may belie the plaintiff's claims, the defendants must respond to the allegations in the complaint.

The clerk shall issue summonses for service of the complaint on the defendants. The clerk shall also send the plaintiff a Magistrate Judge Consent Form and Instructions for Submitting Documents along with a copy of this order.

The United States Marshals Service is appointed to serve the defendants. Any service forms necessary for the plaintiff to complete will be sent by the Marshal as appropriate to serve the defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve the defendants. With respect to any former jail employee who can no longer be found at the work address provided by the plaintiff, the Cook County Department of Corrections shall furnish the Marshal with the defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

The plaintiff is instructed to file all future papers concerning this action with the clerk of court in care of the Prisoner Correspondent. The plaintiff must provide the court with the original plus a complete judge's copy, including any exhibits, of every document filed. In addition, the plaintiff must send an exact copy of any court filing to the defendants [or to defense counsel, once an attorney has entered an appearance on behalf of the defendants]. Every document filed with the court must include a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the plaintiff.

4 Copies

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Mr. Terry Jerome Brown          Plaintiff
         vs.                    No. 08 CV 1267
CO-1 Frazier Et.Al.             Defendant(s)

Come Now, The Plaintiff Mr. Terry-Jerome Brown, Pro.Se. Bring On For Hearing For Consideration His Request To Assist him The Plaintiff In Locating The Following Named Defendants In The Above Entitled Case No.

1) Lt. Luna #169  Location R.T.U. Div. 8. Shift 11:00 PM til 7:00 AM
2) CO-1 Tractman #6410. Location R.T.U. Div. 8. Shift 11:00 PM til 7:00 AM
3) CO-1 Cryler  Location R.T.U. Div. 8. Shift 11:00 PM til 7:00 AM Oct 10, 07.
4) CO-1 Keith  Location R.T.U. Div. 8. Shift 11:00 PM til 7:00 AM

The U.S. Marshal States Need More Information See Attached Sheets On Officer Keith 11:00 PM til Cryler 11:00 PM til 7:00 AM Tractman #6410 11:00 PM til 7:00 AM All Worked In R.T.U. Div. 8. On October 10, 2008. Tractman Is Mentioned In The Disciplinary Report That Was Submitted With My 1983 Civil Complaint Review The Court's Files.

Lt. Luna 169 Was Never Mentioned Of Being Served By The U.S. Marshal No Form On him.

Respectfully Submitted
Terry Jerome Brown 2005-0069920
P.O. Box 089002
Chicago Illinois 60608.

1

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>TERRY JEROME BROWN (#2005-0069920) | COURT CASE NUMBER<br>08 C -1267 |
|---|---|
| DEFENDANT<br>MS. FRAZIER, ETAL | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER MR. KEITH, BADGE # 6410- COOK COUNTY JAIL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2700 SOUTH CALIFORNIA AVENUE - CHICAGO, IL 60608   2nd Flr. Div 5, Legal Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERRY JEROME BROWN (#2005-0069920)
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                          Fold

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER
DATE  3-31-2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>3 of 6 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk  T-R. | Date<br>3-31-2008 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
NOT SERVED

Date  04/16/2008   Time  13:00  [X] pm

Signature of U.S. Marshal or Deputy
Michael Wood-Hall

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS: 3 officer Keith employed No matches Badge # incorrect per legal dept. Need more info to serve 1 DUSM, 1 HR, 16 miles

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

2

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN** |
|---|---|

| PLAINTIFF<br>TERRY JEROME BROWN (#2005-0069920) | COURT CASE NUMBER<br>08 C -1267 |
|---|---|
| DEFENDANT<br>MS. FRAZIER, ETAL | TYPE OF PROCESS<br>SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER MR. CAYLER, BADGE # 6410- COOK COUNTY JAIL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2700 SOUTH CALIFORNIA AVENUE - CHICAGO, IL 60608   2nd Flr. Div 5. Legal Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERRY JEROME BROWN (#2005-0069920)
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 3-31-2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 OF 6 | District of Origin<br>No. 24 | District to Serve<br>No. 24 | Signature of Authorized USMS Deputy or Clerk  T·R | Date<br>3-31-2008 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 04/16/2008   Time 13:00 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>0 | Total Mileage Charges including endeavors<br>0 | Forwarding Fee<br>0 | Total Charges<br>0 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>0 |
|---|---|---|---|---|---|

REMARKS: Unable to Execute Badge # & Name provided no Matches
1 DUSM, 1 HR, 16 miles

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

3

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| TERRY JEROME BROWN (#2005-0069920) | 08 C -1267 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| MS. FRAZIER, ETAL | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER MR. TRACTMAN, BADGE # 6410- COOK COUNTY JAIL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2700 SOUTH CALIFORNIA AVENUE - CHICAGO, IL 60608  2nd Flr. Div. 5 Legal Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

TERRY JEROME BROWN (#2005-0069920)
COOK COUNTY JAIL
P.O. BOX 089002
CHICAGO, IL 60608

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 3-31-2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4 of 6
District of Origin: No. 24
District to Serve: No. 24
Signature of Authorized USMS Deputy or Clerk: T.R.
Date: 3-31-2008

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
NOT SERVED

Date: 04/16/2008  Time: 13:00 ☒ pm
Signature of U.S. Marshal or Deputy: Michael Vont...

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 |

REMARKS: Need more info for service (More Specific) Name does not match  1 DUSM, 1 HR, 16 miles  Unable to Execute

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

4.

Part-A / Control #: _____X_____

Referred To: Program Services

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: **Brown**   First Name: **Terry**

ID #: **2005-0069920**   Div.: **10**   Living Unit: **2-A**   Date: **04/23/08**

BRIEF SUMMARY OF THE COMPLAINT: On Oct. 10, 07, I was assaulted by Officer Keith, Officer Cryler, Officer Trostman #6410, Officer Frazier, Officer R. Gonzolez or Gonzalez in front of Lt. Lunn #169. I submitted Grievance(s) on Oct. 16, 07, Oct. 14, 07 #2007X2110 Referred to T.N.D. And Oct. 07, 07 #2007X2297. I submitted a 1983 Civil Action against all of the above. The Court order that the U.S. Marshal to serve each above name staff. There was an attempt by the U.S. Marshals on March 31, 2008. Officer Trostman #6410, Officer Keith, and Officer Cryler are said to need more information on them. They worked from 11pm til 7am at Div. 8 R.T.U. Trostman was even mentioned in a Ticket (2) Dated 10/10/07.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: To receive Officer Cryler, Officer Keith and Trostman full names

ACTION THAT YOU ARE REQUESTING: and Badge Number(s) to submit to the U.S. Marshals for Case #08-CV-1267 that be served. Div. 8, R.T.U. 11pm til 7am on 10/10/08.

DETAINEE SIGNATURE: _(signed)_

C.R.W.'S SIGNATURE: _(signed)_   DATE C.R.W. RECEIVED: **4/29/08**

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PART – C

| C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST |
|---|

*Please Note :*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: Brown    First Name: Terry

ID#: _____  Div: 10  Tier/LivingUnit: 2A

Date of Request: 4/23/08    Date C.R.W. Received Request: 4/29/08

This request has been processed by: A. Graham    C.R.W.

*Summary of Request:*

Detainee is requesting information regarding jail names and badge numbers.

*Response and/or Action Taken:*

The information that you are trying to obtain must be subpoenaed by your attorney through the Sheriff Legal Office.

_____  —  _____  Date: 4/29/08  Div./Dept. S/Prog Srv.
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )

## Certificate of Service

Prisoner Correspondence
The Clerk Office
219 South Dearborn
Chicago Illinois 60604

Mr. L. Warren
Social Worker Supervisor
Div. 5

May 15, 2008.

*(signature)*
Mr. Terry Jerome Brown
P.O. Box 089002   #2005-0069920
Chicago Illinois 60604.

## CERTIFICATE OF SERVICE

PRISONER CORRESPONDENCE
THE CLERK OFFICE
219 South Dearborn
Chicago Illinois 60604.

May 15, 2008

*[signature]*
MR. TERRY JEROME BROWN
P.O. Box 089002    #20050069920
Chicago Illinois 60608

3.