# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1267 | **DATE** | May 29, 2008 |
| **CASE TITLE** |  | Terry Jerome Brown (#2005-0069920) vs. Officer Frazier, et al. | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to amend the defendants' full names and addresses [#26] is denied, without prejudice. Piecemeal amendments are not permitted. If the plaintiff wishes to amend, he must file an amended complaint that stands complete on its own. Furthermore, the plaintiff is reminded of basic filing requirements: (1) he must provide the court with the original plus a judge's copy of every document filed; and (2) every document filed must include a certificate of service showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions. Finally, the court issued alias summonses for the unserved defendants by Minute Order of May 12, 2008. It will not be necessary to amend at this time. The U.S. Marshal will request additional service information as necessary.

*Wm. J. Hibbler*

Docketing to mail notices.

mjm