# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Terry Brown

    v.

Case Number: 08 C 1267

Ms. Frazier, Mr. Tractman, Mr. Keith
Mr. Cayler, Mr. Gonzalez and Mr. Luna,

Judge: Hibbler

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lt. Luna, Ofc. Gonzalez, Ofc., Frazier, James Troutman, Marvie Keith, and Terrance Coyler.

SIGNATURE  /s/ Steven L. Satter

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  500 RICHARD J. DALEY CENTER

CITY/STATE/ZIP  CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)         TELEPHONE NUMBER  312-603-5105
6243813

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X     NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐     NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES X     NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐