UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| MR. TERRY JEROME BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1267 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William Hibbler |
| MS. FRAZIER, MR. TRACTMAN, | ) | |
| MR. KEITH, MR. CAYLER, MR. GONZOLEZ, | ) | Magistrate Judge Schenkier |
| and MR. LUNA, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, MS. FRAZIER, MR. TRACTMAN, MR. KEITH, MR. CAYLER, MR. GONZOLEZ, and MR. LUNA, through their attorney, Richard A. Devine, through his assistant, Steven L. Satter, and Answer Plaintiff's Complaint as follows:

**COUNT (1)**

1. On October 10, 2007, Defendants Frazier, Tractman, Keith, Cayler and Gonzolez, did, on this day, while acting under color of state law in their individual capacity and official capacity as employees of Cook County Department of Corrections, did, on this day, used unreasonable force against the Plaintiff Mr. Terry Jerome Brown causing injuries to the face and testicles resulting in medical treatment and photograph of injuries in violation of Plaintiff Fourth Amendment Right to be secured in his person from unreasonable use of force as a pre-trial detainee, in violation of the United States Constitution.

**ANSWER:** The Defendants deny the allegations contained in this paragraph.

1

## COUNT (2)

2.  On October 10, 2007, Defendant Mr. Luna, did, on this day, while acting under color of state law in his individual/official capacity as an employee of Cook County Department of Corrections, did, on this day, refused to stop defendants Frazier, Tractman, Keith, Cayler and Gonzolez from beating up Plaintiff Terry Jerome Brown in the clothing room resulting in injuries to Plaintiff testicles and more unnecessary and unreasonable use of force in violation of Plaintiff Fourth Amendment Right to be secured in his person from unreasonable use of force as guaranteed under the United States Constitution as a pre-trial detainee.

**ANSWER:**  The Defendants deny the allegations contained in this paragraph.

## RELIEF

1.  The Plaintiff request and prays that this Honorable Court award unto him $1,000,000 punitive damages.

2.  The Plaintiff requests and prays for $1,000,000 compensatory damages.

3.  The Plaintiff request and pray that all court costs, filing fees, and attorney's fees be paid by the Defendants.

4.  The Plaintiff prays that each named Defendant be fired as a correctional officer.

**WHEREFORE,** based upon the foregoing, Defendants respectfully request that this Honorable Court grant judgment in their favor and against the Plaintiff on all aspects of his Complaint and further request that this Honorable Court grant them fees, costs, and such other relief that this Court deems just and appropriate.

## AFFIRMATIVE DEFENSES

Defendants, by and through their undersigned attorney plead the following Affirmative Defenses to Plaintiff's Complaint:

1.   Plaintiff has failed to state a claim upon which relief can be granted.

2.   Plaintiff has failed to exhaust his administrative remedies and his claims are therefore barred.

3.   Defendants are immune from suit pursuant to Illinois state law as well as applicable federal law.

4.   To the extent any injuries or damages claimed by Plaintiff were proximately caused, in whole or in part, by negligent, willful wanton, and/or other wrongful conduct on the part of Plaintiff, any verdict or judgment obtained by Plaintiff must be reduced by application of the principles of comparative fault in an amount commensurate with the degree of fault attributed to Plaintiff by the jury in the case. In addition, to the extent that Plaintiff failed to mitigate any of his claimed injuries or damages, any verdict or judgment obtained by Plaintiff must be reduced by the amount of damages attributed to Plaintiff by the jury in this case.

5.   The Defendants' conduct was at all times objectively reasonable and did not violate any of Plaintiff's clearly established Constitutional rights. Accordingly, the Defendants are entitled to the defense of Qualified Immunity.

6.   Defendants' conduct was reasonable and necessary and to the extent any force was used by any of the Defendants, it was in direct response to Plaintiff's actions and was conducted in defense of themselves or others.

## **JURY DEMAND**

Defendants respectfully demand trial by jury.

                         Respectfully submitted,
                         State's Attorney of Cook County

By:    /s/ Steven L. Satter
         Steven L. Satter
         Assistant State's Attorney
         Cook County State's Attorney's Office
         500 Richard J. Daley Center
         Chicago, Illinois 60601
         (312) 603-5105