UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| MR. TERRY JEROME BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1267 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | William Hibbler |
| MS. FRAZIER, MR. TRACTMAN, | ) | |
| MR. KEITH, MR. CAYLER, MR. GONZOLEZ, | ) | Magistrate Judge Schenkier |
| and MR. LUNA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Terry Jerome Brown
      (2005-0069920)
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

     PLEASE TAKE NOTICE that on August 11, 2008, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendants' Answer.

                                           Richard A. Devine
                                           State's Attorney of Cook County

                By:    /s/ Steven L. Satter
                        Steven L. Satter
                        Assistant State's Attorney
                        500 Richard J. Daley Center
                        Chicago, Illinois 60602
                        ARDC # 6243813

## CERTIFICATE OF SERVICE

STEVEN L. SATTER, hereby certifies that, in accordance with Fed. R. Civ. P. 5. LR5.5 and the General Order on Electronic Case Filing (ECF), the following document:

## **ANSWER**

was served pursuant to the District Court's ECF system as to ECF filers.

s/ Steven L. Satter
Steven L. Satter
